UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JASON SCOTT HARPER, | ) | 1:05-cv-01166-OWW-SMS-HC |
| | ) | |
| Petitioner, | ) | **ORDER ADOPTING FINDINGS AND** |
| | ) | **RECOMMENDATIONS** (Doc. 7) |
| v. | ) | |
| | ) | **ORDER DISMISSING CERTAIN** |
| RODERICK HICKMAN, et al., | ) | **CLAIMS** |
| | ) | |
| Respondents. | ) | |

Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

On December 8, 2005, the Magistrate Judge filed Findings and Recommendations recommending, among other things, that this action proceed on Petitioner's claim challenging the disciplinary hearing procedure.  These Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order.  on January 12, 2006, Petitioner filed objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.

1

Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed December 8, 2005, are ADOPTED IN FULL;

2. Grounds One through Eleven[1] are DISMISSED from this action for Petitioner's failure to state a cognizable federal claim pursuant to section 2254;

3. Petitioner's claim challenging the sufficiency of the evidence of the special circumstance element is DISMISSED from this action for lack of venue;

4. The Clerk of Court send Petitioner a blank civil rights complaint and 2254 form petition; and,

5. This action proceed on Petitioner's claim challenging the disciplinary hearing procedure.

IT IS SO ORDERED.

**Dated:    February 16, 2006**          /s/ Oliver W. Wanger
emm0d6                                   UNITED STATES DISTRICT JUDGE

---

[1] In the text of the Findings and Recommendations, the Magistrate Judge found that Grounds One through Eleven failed to state a cognizable federal claim pursuant to section 2254. (F & R at 2-3.) However, at the conclusion of the recommendation, the Magistrate Judge inadvertently recommended to dismiss only Grounds One through Nine. This typographical error is corrected to reflect that Grounds One through Eleven are dismissed for failure to state a cognizable federal claim.